**B9I (Official Form 9I)** (Chapter 13 Case) (6/15)                                                         Case Number **15−34700−KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on September 10, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Violetta Christian Patterson
2607 Dale Ave
Richmond, VA 23234

| | |
|---|---|
| Case Number:   15−34700−KRH<br>Office Code:   3 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−3022 |
| Attorney for Debtor(s) (name and address):<br>Richard James Oulton<br>America Law Group, Inc.<br>8501 Mayland Dr.<br>Suite 106<br>Henrico, VA 23294<br>Telephone number:  804−308−0051 | Bankruptcy Trustee (name and address):<br>Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218<br>Telephone number:  (804) 237−6800 |

### Meeting of Creditors
Date: **October 29, 2015**                                                   Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit):  **January 27, 2016**        For a governmental unit:  **March 8, 2016**

**Deadline to file an Objection to a Proof of Claim is 90 days after the deadline set forth above to file a Proof of Claim.**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  December 28, 2015**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015−2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date:  **November 24, 2015**                                            Time:  **11:10 AM**
Location:  **Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | Date:  September 11, 2015 |

## EXPLANATIONS      B9I (Official Form 9I) (6/15)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                               United States Bankruptcy Court
                                Eastern District of Virginia
In re:                                                              Case No. 15-34700-KRH
Violetta Christian Patterson                                        Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket              Page 1 of 2                 Date Rcvd: Sep 11, 2015
                              Form ID: B9I                 Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db            +Violetta Christian Patterson,    2607 Dale Ave,    Richmond, VA 23234-3116
13047665      +Advance Care LLC,    585 Southlake Blvd,    Suite B,    Richmond, VA 23236-3198
13047667      +Ashro,   1515 S 21st St,    Clinton, IA 52732-6676
13047668      +BCC Financial Management Svcs,    PO Box 590067,     Fort Lauderdale, FL 33359-0067
13047669      +Bon Secours,    PO Box 28538,    Henrico, VA 23228-8538
13047671      +Capital Medical Supply,    2233 Tomlynn St.,    Richmond, VA 23230-3334
13047673      +Cawthorn, Deskevich & Gavin,    9701 Metropolitan Court,,    Suite C,    Richmond, VA 23236-3694
13047677      +Commonwealth Anesthesia Assoc,    10800 Midlothian Tnpk,    Richmond, VA 23235-4700
13047680      +D. Kent Gilliam,    7821 Ironbridge Road,    Richmond, VA 23237-2240
13047681     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,     PO Box 26543,    Richmond, VA 23290-0001)
13047683     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solut,     9701 Metropolitan Ct Ste,
                North Chesterfield, VA 23236-0000)
13047682      +First National Collection Bure,    610 Waltham Way,    Sparks, NV 89434-6695
13047684      +HCA Health Services of VA,    t/a Henrico Doctors Hospital,    500 Hioaks Rd,
                Richmond, VA 23225-4061
13047687     ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
              (address filed with court: Horizon Financial Management,     9980 Georgia St.,
                Crown Point, IN 46307-6520)
13047685      +Henrico Cardiology Associates,    7702 E Parham Rd,    Suite 106,    Henrico, VA 23294-4375
13047691       LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
13047693      +MCV Physicians,    1601 Willow Lawn Dr, Ste 275,    Richmond, VA 23230-3422
13047695      +NPAS Inc,   PO Box 99400,    Louisville, KY 40269-0400
13047696      +NPAS Inc,   PO Box 99587,    Louisville, KY 40269-0587
13047694      +Nationwide Credit Corporation,    PO Box 9156,    Alexandria, VA 22304-0156
13047697      +OrthoVirginia,    PO Box 35725,    Richmond, VA 23235-0725
13047698      +Parham Doctors Hospital,    7700 East Parham Rd,    Henrico, VA 23294-4301
13047699      +Parrish and LeBar, LLP,    5 E Franklin St.,    Richmond, VA 23219-2105
13047700      +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
13047702      +Radiology Associates of Rchmnd,    PO Box 13343,    Richmond, VA 23225-0343
13047703      +Radiology Associates of Rchmnd,    2602 Buford Road,    Richmond, VA 23235-3422
13047705      +Rolfe Emergency Phys,    PO Box 37934,    Philadelphia, PA 19101-0534
13047707      +St. Mary's Hospital,    PO Box 28538,    Henrico, VA 23228-8538
13047709      +United Consumers Inc,    PO Box 4466,    Woodbridge, VA 22194-4466
13047710       VCU Health System -- MCV Hosp.,    Set-off Debt Section,    PO Box 980462,
                Richmond, VA 23298-0462
13047712      +Virginia State University,    1 Hayden Dr.,    Virginia State University, VA 23803-2520
13047713      +Williams and Fudge,    300 Chathan Ave,    PO Box 11590,    Rock Hill, SC 29731-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: 2debtlawgroup@gmail.com Sep 12 2015 02:19:04      Richard James Oulton,
                America Law Group, Inc.,    8501 Mayland Dr.,    Suite 106,    Henrico, VA 23294
tr            +E-mail/Text: station01@richchap13.com Sep 12 2015 02:19:25      Carl M. Bates,    P. O. Box 1819,
                Richmond, VA 23218-1819
13047666      +EDI: RMCB.COM Sep 12 2015 02:13:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
13047676      +EDI: HCA2.COM Sep 12 2015 02:13:00      CJW Medical Center,    PO Box 13620,
                Richmond, VA 23225-8620
13047670      +E-mail/Text: cms-bk@cms-collect.com Sep 12 2015 02:19:23      Capital Management Svcs,
                698 1/2 South Ogden St.,    Buffalo, NY 14206-2317
13047672       EDI: CAPITALONE.COM Sep 12 2015 02:13:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
13047675      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Sep 12 2015 02:20:29      City of Richmond,
                Dep't of Public Utilities,    730 E Broad St, 5th Floor,    Richmond, VA 23219-1861
13047674       E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Sep 12 2015 02:20:50      City of Richmond,
                Division of Collections,    PO Box 26505,    Richmond, VA 23261-6505
13047678       E-mail/Text: crbankruptcy@commrad.com Sep 12 2015 02:19:46      Commonwealth Radiology, PC,
                1508 Willow Lawn Drive,    Suite 117,    Richmond, VA 23230-3421
13047679      +E-mail/Text: mhumphrey@creditadjustmentboard.com Sep 12 2015 02:19:59
                Credit Adjustment Board,    8002 Discovery Drive, Ste 311,    Henrico, VA 23229-8601
13047688      +EDI: DRIV.COM Sep 12 2015 02:13:00      HSBC Auto Finance / Santander,    Santander Consumer USA,
                PO Box 961245,    Fort Worth, TX 76161-0244
13047686      +EDI: HCA2.COM Sep 12 2015 02:13:00      Henrico Doctor's Hospital,    PO Box 13620,
                Richmond, VA 23225-8620
13047689       EDI: IRS.COM Sep 12 2015 02:13:00      Internal Revenue Service,    Insolvency Unit,
                PO Box 7346,    Philadelphia, PA 19101-7346
13047690       EDI: JEFFERSONCAP.COM Sep 12 2015 02:13:00      Jefferson Capital Systems,    16 Mcleland Rd,
                Saint Cloud, MN 56303-0000
13047692       EDI: RMSC.COM Sep 12 2015 02:13:00      Lowe's/GECRB,    PO Box 530914,    Atlanta, GA 30353-0914
13047701      +E-mail/Text: bankolist@praxis-financial.com Sep 12 2015 02:19:37      Praxis Financial Solutions,
                7331 N Lincoln Ave,    Suite 8,    Lincolnwood, IL 60712-1766
13047704      +E-mail/Text: colleen.atkinson@rmscollect.com Sep 12 2015 02:20:03      Receivable Management,
                7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
```

```
District/off: 0422-7           User: luedecket            Page 2 of 2              Date Rcvd: Sep 11, 2015
                               Form ID: B9I               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13047706      +EDI: DRIV.COM Sep 12 2015 02:13:00      Santander Consumer Usa,   PO Box 961245,
               Ft Worth, TX 76161-0244
13047708      +EDI: TCISOLUTIONS.COM Sep 12 2015 02:13:00      Total Card Inc,   5109 S Broadband Ln,
               Sioux Falls, SD 57108-2208
13047708      +E-mail/Text: bknotices@totalcardinc.com Sep 12 2015 02:19:32      Total Card Inc,
               5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
13047711      +E-mail/Text: bkr@taxva.com Sep 12 2015 02:19:52      Virginia Department of Taxatio,
               PO Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2015 at the address(es) listed below:
```
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Richard James Oulton    on behalf of Debtor Violetta Christian Patterson 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;scgattorney@gmail.com
                                                                                               TOTAL: 2
```